# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
August 30, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____S.G._____
DEPUTY

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 7:22-MJ-00239 |
| Trenton TAYLOR | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  August 27th, 2022  in the county of  Ector  in the  Western  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1), | Felon in Possession of a firearm |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

Attested to by applicant pursuant to Rule 4.1 of Fed. R. Crim. P. by phone & email.

/s/ Nicholas Moore
*Complainant's signature*

Detective Nicholas Moore
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  08/30/2022

*Judge's signature*

City and state:  Midland, Texas

Ronald C. Griffin, U.S. Magistrate Judge
*Printed name and title*

7:22-MJ-00239

**AFFIDAVIT**

I, Nicholas Moore, a Detective with the Odessa Police Department Intelligence Division being first duly sworn, deposes and states as follows:

1. I am an investigative or law enforcement officer of the Odessa Police Department. I have been employed as a peace officer with the Odessa Police Department for approximately four and a half years. For approximately one and half years, I was assigned to the Patrol Division. For approximately three years, I have been assigned to the Intelligence Division investigating narcotics, vice offenses, fugitive apprehension, along with violent crimes within the State of Texas and US Federal court systems. I am currently assigned to the investigation of Trenton TAYLOR. Specifically, TAYLOR is accused of possessing a firearm, while being a convicted felon, to wit: Spring Field Armory Model: SA-XD-9, subcompact 9mm Serial#: AT1566428 which is manufactured by HK Produkt in Karlovac, Croatia which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g).

2. The sole purpose of this affidavit is to establish that there is probable cause to believe that TAYLOR engaged in specific criminal activity. This affidavit is made, in part, on the personal knowledge derived from participation in this investigation and, in part, upon information and belief. The source of information and belief are: oral and written reports about this investigation that have been received, either directly or indirectly from other local law enforcement officers. This affidavit does not contain all information known to law enforcement officers concerning this matter.

3. On August 27th, 2022 at approximately 1948 hours, officer with the Odessa Police Department Patrol Division were dispatched to the intersection of E 5th Street and Jefferson Avenue, Odessa, Ector County, in the Western District of Texas in reference to an unknown problem.

4. Upon arrival, the officer observed a subject later identified as Trenton TAYLOR on his back unconscious, snoring with his legs spread in the street and his upper body on the sidewalk with a handgun sticking out in plain view of his front right pocket of his shorts. This firearm was discovered to be a Spring Field Armory Model: SA-XD-9, subcompact 9mm Serial#: AT1566428 which is manufactured by HK Produkt in Karlovac, Croatia. The firearm had 1 round in the chamber and 13 rounds of X-treme 9mm luger rounds in the magazine as well. The officer took the firearm for safety reasons, making the weapon safe and securing it in the patrol unit.

5. The officer observed clues that TAYLOR was intoxicated with the odor of alcohol emitting from his persons, slurred speech, and off balance. The officer then paced TAYLOR under arrest for Public Intoxication. Officers attempted to escort TAYLOR to the patrol unit at which time he actively used physical force against officers to prevent them from transporting and finishing the search of his persons. He was charged with Resist Arrest/Search/Transport. During search incident to arrest, officers located a black cloth bag containing a clear crystal-like substance with an approximate weight of 12.5 grams which was determined to be methamphetamine. TAYLOR was additionally arrested for Possession of Controlled Substance (F2).

6. A criminal conviction history (CCH) check showed that TAYLOR was convicted out of Salt Lake City PD for Aggravated Robbery Felony on 04/18/1994, and West Valley PD for Illegal substance/ Use of controlled substance Felony on 05/24/2001. The CCH showed that TAYLOR has had numerous parole violation arrests.

7. Furthermore, TAYLOR is a convicted felon out of the US Federal Courts. On or about December 2004 TAYLOR pled guilty to Possession with Intent to Distribute a narcotic and possessing/using a Firearm in Furtherance of Drug Trafficking, in violation of 18 United States Code, Section 924(c) cause number 2,04-CR-205 out of District of Utah. TAYLOR was sentenced to 195 months to BOP and 5 years supervised released. His supervised released expire in 2020 with him completing it in the Western District of Texas.

8. TAYLOR was later transported to the local hospital due to a medical issue while being changed out at the Ector Jail. While at the hospital, TAYLOR was read his *Miranda Right's* and agreed to speak to the officer. During the interview, he admitted that he had the firearm for protection and that he was a convicted felon out of the BOP.

9. Assistant United States Attorney Brandi Young was notified and agreed to prosecute the case.

## FEDERAL CRIMINAL VIOLATIONS

10. Specifically, TAYLOR is accused of possessing a firearm, while being a convicted felon, to wit: Spring Field Armory Model: SA-XD-9, subcompact 9mm Serial#: AT1566428 which is manufactured by HK Produkt in Karlovac, Croatia which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g). Under federal law, the crime of Felon in Possession of a Firearm is punishable by up to fifteen years in prison, three years of supervised release, and $250,000 in fines.

/s/ Nicholas Moore

Attested to by applicant pursuant to Rule 4.1 of Fed. R. Crim. P. by phone & email.

Detective Nicholas Moore
Odessa Police Department
Intelligence Unit

Sworn and Subscribed before me this   30th   day of August, 2022.

Ronald C. Griffin
United States Magistrate Judge