PROB 12B
(7/93)

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  Trenton Taylor                                    Case Number:  7:22CR00193-001

Name of Sentencing Judicial Officer:  Honorable David Counts, U.S. District Judge

Date of Original Sentence:  February 9, 2023

Original Offense:  Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. § 922(g)(1), and 18 U.S.C. § 924(a)(8)

Original Sentence: 63 months imprisonment, 3 years supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced:  February 13, 2026

## PREVIOUS COURT ACTION

None.

## PETITIONING THE COURT

☐ To extend the term of supervision _____ years, for a total of _____ years.
☒ To modify the conditions of supervision as follows:

Upon approval of the Court, the following conditions shall be added:

"You must participate in a program of testing and/or treatment for substance abuse approved by the probation officer and follow the rules and regulations of the treatment program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program as to modality, duration, and intensity. You must abstain from the use of alcohol or other intoxicants during the course of treatment. You must not attempt to obstruct or tamper with the testing methods. You must pay for the cost of testing and/or treatment based on your ability to pay."

## CAUSE

Due to Taylor's extensive substance abuse history, it is respectfully recommended that the conditions of supervision be modified as noted above to monitor and address Taylor's substance abuse needs. Taylor has agreed to this proposed modification by way of signature on the attached Waiver of Hearing to Modify Conditions of Supervised Release.

Approved:                                              Respectfully submitted,

_____        _____
Jeff Hale                                              Brittany Bates
Supervising U.S. Probation Officer        United States Probation Officer
Telephone: (432) 685-0332                    Telephone: (432) 341-6971
                                                            Date: March 13, 2026


cc:    Kevin Cayton
         Assistant U.S. Attorney


THE COURT ORDERS:

☐ No action.

☐ The extension of supervision as noted above.

☒ The modification of conditions as noted above.

☐ Other_____


                                                   _____
                                                         Honorable David Counts
                                                         U.S. District Judge

                                                   _____March 23, 2026_____
                                                                    Date

PROB 49
(3/89)

# United States District Court

Western    District of    Texas

**Waiver of Hearing to Modify Conditions**
**of Probation/Supervised Release or Extend Term of Supervision**


I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

"You must participate in a program of testing and/or treatment for substance abuse approved by the probation officer and follow the rules and regulations of the treatment program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program as to modality, duration, and intensity. You must abstain from the use of alcohol or other intoxicants during the course of treatment. You must not attempt to obstruct or tamper with the testing methods. You must pay for the cost of testing and/or treatment based on your ability to pay."


_(U.S. Probation Officer)_    Signed    _(Probationer or Supervised Releasee)_

3-19-26
_(Date)_