| PROB 22 (Rev. 01/24) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | | 7:22CR00193-001 |

## TRANSFER OF JURISDICTION

| | DOCKET NUMBER (Rec. Court) |
|---|---|
| | 26-cr-108-NYW |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Western District of Texas | Midland/Odessa |

| | NAME OF SENTENCING JUDGE |
|---|---|
| Trenton Taylor | Honorable U.S. District Judge David Counts |

| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 02/13/2026 | TO 02/12/2029 |
|---|---|---|---|

**OFFENSE**
Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C § 922(g)(1), 924(a)(8)

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Taylor was released from the Bureau of Prisons custody on February 13, 2026, to the District of Colorado on courtesy supervision. Taylor is now residing in a sober living home in Denver, Colorado. Taylor's mother currently lives in Colorado who is a pro-social support for Taylor. Taylor is gainfully employed at Goodwill and is actively working on becoming a supervisor. Taylor is also in a pro-social healthy relationship. It is Taylor's intention to remain in Colorado for the course of supervision. The Western District of Texas – Midland/Odessa Division is respectfully requesting that jurisdiction of Taylor's case be transferred so that all further matters can be handled locally.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE      Western      DISTRICT OF      Texas, Midland/Odessa Division

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the      Colorado      upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| 04/27/2026 | |
|---|---|
| Date | United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE      DISTRICT OF      Colorado

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 4/30/2026 | |
|---|---|
| Effective Date | United States District Judge |